

Jorge C. Aguilera
12 Marino Avenue
Port Washington, NY 11050

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★   AUG 2 0 2008   ★

August 19, 2008
Case# 05CV4002 LAND OFFICE

Your Honorable Arthur D. Spatt:

    I am the writing to you regarding my case tried in your courtroom with a settlement early this year. I am the limousine driver arrested by Nassau County Police while having a stroke. As you remember I accepted an offer to settle my demand. But eight months later I am still waiting for money, you must know that February 26th, my 88 year old mother was involved in a terrible accident in Buenos Aires, Argentina. She was struck by a city bus and a result suffered severe head trauma and crippling injuries to her right leg which require extensive surgery. The very next day following her accident I flew back to Argentina to be by her side with my family. I spent five months there. My mother slowly started recuperating and requires further surgery and rehabilitation.

    I returned New York mid-July leaving my younger brother taking care of my mother. During this period of time I often called my lawyer's office, trying to get information concerning the payment by Nassau County, to no avail. He's never available, never returned my calls, they do not where he is etc. etc.

    The treatment and rehabilitation for my mother requires a substantial amount of money. That's why I decided to come back to New York briefly, hoping to collect and finish some personal business and return to Argentina. Immediately upon my return to I went in person to the Parker & Waichman office to see Andre Alonso, my lawyer. Mr. Alonso told me that the problem that I was required a confidentiality agreement first in order for Nassau County to release the check. Therefore from the moment they receive that document they have ninety days to pay me. That meeting was Friday the 7th of August. Mr. Alonso told me that he would take the signed document to the Nassau County Attorney's office personally and explain the family emergency for an early payment. According to Mr. Alonso the attorney's office promised him a check by August 15th. He asked me to be at his office after 3: 00pm and I was there. But I was informed by him that there was no check and that he tried to contact the attorney's office, "all day long". Mr. Alonso at not time offered me an explanation why on his own words "he had the document for a while" nor was I notified that I was required to sign such documents. They are in possession of my address, phone, numbers and e-mail address. During the time I was away I had someone in New York checking my USA mail on a daily basis. I was in touch with such a person three to four times weekly by phone and e-mails.

    Your Honor my family and I are very grateful to you for your interest in my case

Page 2

Re: JorgeC.Aguilera
Case # 05CV-4002 ADS/ARL

and your just and wise decisions along the course of the trial. We are sure that your goal was and is the same as ours. That what happened to me should never happen again to another Nassau County resident in need of immediate medical attention. I apologize for bothering you with this letter. I need help in this matter because I am desperate. I am flying back to Buenos Aires on Wednesday August 20th. I **am** providing your secretary with information as to how to contact me in Argentina and in New York.

I would like if you allow me to mention Mr. Alonzo's request to you during the settlement conference regarding payment of 8% interest if Nassau County was late in releasing the check. Following the same reasoning, if it would not be to much to request the same amount of interest from Parker, Waichman and Alonzo due to the delay in informing and providing documentation affecting the payment. For how long I don't know, they had it "for a while".

In addition I endorse a copy of Mr. Alonzo's "Custom Transaction Detail Report" in the amount of $9,184.23. I don't know if to call it excessive but I know they are taking about 50% of my award. All of this put together makes me feel very disappointed with my attorney. My. Alonso lost interest in representing me the day he heard from you a suggestion for a settlement in a certain amount. At that moment he said to me outside your courtroom that he was losing money with the case.

Your Honor thank you very much for your attention in this matter. God Bless You

Sincerely,

Jorge C. Aguilera

Address in Argentina:
Malabia 136 Apt 6-17
Buenos Aires 1414
Argentina Phone 011-54-114-858-3870
E-mail JorgeC.Aguilera@yahoo.com
New York Contact in my behalf
12 Marino Avenue
Port Washington, NY 11050
516 944 0224

P.S. As of 4pm August 20th I was informed by Mr. Alonso that he had not received the check. I questioned him why I was not informed that the confidentiality Agreement
over →

01/30/08

# PARKER WAICHMAN ALONSO LLP
## Custom Transaction Detail Report
### All Transactions

| Date | Name | Source Name | Account | Amount |
|------|------|-------------|---------|--------|
| 05/10/2005 | 509227 Aguilera | Great Neck Post Office | 5201 · Postage/Delivery - Direct | 13.65 |
| 05/24/2005 | 509227 Aguilera | Soffey & soffey, LLC | 5980 · Prior Attorney Disbursements | 29.82 |
| 06/29/2005 | 509227 Aguilera | Neurological Associates of LI | 5890 · Medical/Hospital Records/X Ray | 16.50 |
| 08/17/2005 | 509227 Aguilera | Eastern District Court | 5700 · Filing Fees/Calendar | 250.00 |
| 08/31/2005 | 509227 Aguilera | Intercounty Judicial Services | 5602 · Process Service | 40.00 |
| 08/31/2005 | 509227 Aguilera | Intercounty Judicial Services | 5602 · Process Service | 80.00 |
| 10/19/2005 | 509227 Aguilera | Federal Express | 5201 · Postage/Delivery - Direct | 10.35 |
| 04/26/2006 | 509227 Aguilera | Great Neck Post Office | 5201 · Postage/Delivery - Direct | 8.69 |
| 06/08/2006 | 509227 Aguilera | Champion Courier, Inc | 5201 · Postage/Delivery - Direct | 87.68 |
| 07/10/2006 | 509227 Aguilera | Source Corp | 5890 · Medical/Hospital Records/X Ray | 98.00 |
| 08/24/2006 | 509227 Aguilera | Federal Express | 5201 · Postage/Delivery - Direct | 12.71 |
| 09/07/2006 | 509227 Aguilera | Federal Express | 5201 · Postage/Delivery - Direct | 14.81 |
| 12/14/2006 | 509227 Aguilera | Federal Express | 5201 · Postage/Delivery - Direct | 55.13 |
| 12/15/2006 | 509227 Aguilera | Suzanne Hand and Associates, Inc. | 5900 · EBT/Transcript/Translation | 280.05 |
| 12/22/2006 | 509227 Aguilera | Alvarado Jr, Roberto | 5230 · Travel/Parking-Direct | 15.58 |
| 01/10/2007 | 509227 Aguilera | Michael Gurevich, MD | 5870 · Expert Expense | 250.00 |
| 01/25/2007 | 509227 Aguilera | Doerner & Goldberg-NY, Inc | 5900 · EBT/Transcript/Translation | 558.90 |
| 03/15/2007 | 509227 Aguilera | Suzanne Hand and Associates, Inc. | 5900 · EBT/Transcript/Translation | 877.10 |
| 03/18/2007 | 509227 Aguilera | PJS Legal Services, Inc. | 5820 · Investigation/Signup Expense | 629.50 |
| 05/04/2007 | 509227 Aguilera | Michael Gurevich, MD | 5870 · Expert Expense | 300.00 |
| 05/08/2007 | 509227 Aguilera | Zekowski, Brett A. | 5230 · Travel/Parking-Direct | 38.71 |
| 05/08/2007 | 509227 Aguilera | Zekowski, Brett A. | 5230 · Travel/Parking-Direct | 38.71 |
| 05/08/2007 | 509227 Aguilera | Elise Tepper | 5810 · Subpoena Witness Fee | 0.00 |
| 05/08/2007 | 509227 Aguilera | Marvin Tapper | 5810 · Subpoena Witness Fee | 0.00 |
| 05/10/2007 | 509227 Aguilera | Christopher Bacalla | 5810 · Subpoena Witness Fee | 53.00 |
| 05/10/2007 | 509227 Aguilera | Michael Gurevich, MD | 5870 · Expert Expense | 2,000.00 |
| 05/11/2007 | 509227 Aguilera | P.O Dyckman | 5810 · Subpoena Witness Fee | 28.00 |
| 05/11/2007 | 509227 Aguilera | Aemt J. Mathew | 5890 · Medical/Hospital Records/X Ray | 28.00 |
| 05/15/2007 | 509227 Aguilera | Michael Gurevich, MD | 5870 · Expert Expense | 2,000.00 |
| 05/30/2007 | 509227 Aguilera | Federal Express | 5201 · Postage/Delivery - Direct | 12.88 |
| 06/15/2007 | 509227 Aguilera | Oleg Tarasov | 5230 · Travel/Parking-Direct | 10.68 |
| 07/19/2007 | 509227 Aguilera | PJS Legal Services, Inc. | 5820 · Investigation/Signup Expense | 455.00 |
| 11/08/2007 | 509227 Aguilera | PJS Legal Services, Inc. | 5820 · Investigation/Signup Expense | 541.50 |
| 01/30/2008 | 509227 Aguilera | Equitrac, Inc. | 5200 · Photocopies/Postage (internal) | 349.28 |
| **Total** | | | | **9,184.23** |

QUEENS NY 113

21 AUG 2008 PM 4 L

Honorable Arthur D. Spatt
100 Federal Plaza
Central Islip, NY 11722

11722+4438

Mr. Jorge C. Aguilera
12 Marino Avenue
Port Washington, NY 11050